UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 2 2011

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   4:11CR 00168 JLH |
| v. | ) | |
| | ) | |
| JONATHAN RUSSELL WRIGHT | ) | 21 U.S.C. § 841(a)(1) |
| a/k/a "Jay-One" | ) | 18 U.S.C. §§ 3013 & 3571 |
| | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about April 17, 2011 in the Eastern District of Arkansas, the defendant,

JONATHAN RUSSELL WRIGHT
a/k/a "Jay-One"

did knowingly and intentionally possess with the intent to distribute, approximately 771.12 grams of a mixture or substance containing a detectable amount of cocaine base, a/k/a Crack Cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1).

(END OF TEXT.  SIGNATURE PAGE ATTACHED)