**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                              No. 4:11CR00168 JLH

JONATHAN RUSSELL WRIGHT

### ORDER

The United States has filed a response to the petition of Jonathan Russell Wright. If Wright wishes to file a reply, he must do so on or before August 21, 2014.

IT IS SO ORDERED this 22nd day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE