# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

v.          **CASE NO. 4:11-CR-00168-BSM**

**JONATHAN RUSSELL WRIGHT**           **DEFENDANT**
Reg. No. 26448-009

## ORDER

The Eighth Circuit's admonition that I stretched its precedent when I granted Jonathan Wright's motion to reduce his sentence is fully acknowledged. *See United States v. Wright*, No. 24-2057, 2025 WL 3762341 (8th Cir. Dec. 30, 2025). The Eighth Circuit remanded for me to consider whether Wright's request for a reduction of his sentence is warranted because his state convictions for possession of cocaine with intent to deliver are not predicate offenses under 21 U.S.C. section 851. *Id*. at *6. Having now reviewed the record again and given full consideration to the Eighth Circuit's opinion and Wright's arguments, I find that a 330 month sentence is warranted.

IT IS SO ORDERED this 6th day of January, 2026.

*[signature: Brian S. Miller]*

UNITED STATES DISTRICT JUDGE